UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **SERVICE FIRST LOGISTICS, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**MATTHEW LEE,**<br><br>Defendants. | 2:19-CV-12616-TGB-MJH<br><br><br>**ORDER TO SHOW CAUSE** |

On August 16, 2021, Plaintiff, Service First Logistics, Inc., filed a motion seeking an order to show cause and impose contempt sanctions against non-party, A-One Pallet, Inc. ECF No. 29. Plaintiff alleges that A-One Pallet violated the requirements of Federal Rules 30 and 45 at its corporate representative deposition, by exhibiting uncooperative conduct, including failing to prepare its representative for the deposition. ECF No. 29, PageID.294. Plaintiff also seeks to be awarded fees for costs related to the preparation and conduct of the deposition. Defendant does not oppose Plaintiff's motion. *Id.* Therefore, non-party A-One Pallet is hereby **ORDERED** to **SHOW CAUSE** by **appearing** before the Court on **December 3, 2021, at 11:30 a.m.**, to explain why sanctions should

1

not be imposed. Information on this hearing will be issued in a Notice to Appear following this Order.

Further, Attorney Joseph Barber is directed to serve a copy of this Order and subsequent Notice to Appear on non-party A-One Pallet, Inc., as soon as practicable but no later than Wednesday, November 24, 2021, and to file a proof of service on this Court's docket.

**IT IS SO ORDERED.**

Dated: November 19, 2021

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE