UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **SERVICE FIRST LOGISTICS, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**A-ONE PALLET, INC. ET AL.,**<br><br>Defendants. | **2:19-CV-12616-TGB**<br><br>**ORDER DENYING MOTION TO DISMISS** |

For the reasons stated on the Record during the May 11, 2022 Hearing, Defendant's Motion to Dismiss is **DENIED.**

**IT IS SO ORDERED.**

Dated: June 15, 2022        s/Terrence G. Berg
                            TERRENCE G. BERG
                            UNITED STATES DISTRICT JUDGE